PJS:WAB:caz

FILED
HARRISBURG, PA
AUG 1 2 2015
MARIA E. ELKINS, CLERK
Per_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:15-CR-169 |
| | ) | (Judge Rambo) |
| v. | ) | |
| | ) | |
| MURRAY ROJAS | ) | |

## P R A E C I P E

TO: PETE WELSH, Clerk of Court

MADAM:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

PETER J. SMITH
UNITED STATES ATTORNEY

/s/ WILLIAM A. BEHE

_____
WILLIAM A. BEHE
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)
717/221-2246 (Fax)
WILLIAM.BEHE@USDOJ.GOV
Bar No. PA-32284